UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No. 17-22 |
| V. | ) ) ) | |
| JAMES B. SIZEMORE, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion. Due to a criminal trial, Defendant's sentencing must be rescheduled. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant Sizemore's sentencing, currently scheduled for December 13, 2017, is **RESCHEDULED** to **Tuesday, February 13, 2018**, at the hour of **11:00 a.m.** at the United States Courthouse in **London**, Kentucky.

This the 8th day of December, 2017.

Gregory F. Van Tatenhove
United States District Judge